## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CHANDA L. HILL,                                                              PLAINTIFF
ADC #713195

v.                                      1:15CV00085-KGB-JTK

JAMES BANKS, et al.                                                        DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine

G. Baker. Any party may serve and file written objections to this recommendation. Objections should

be specific and should include the factual or legal basis for the objection. If the objection is to a factual

finding, specifically identify that finding and the evidence that supports your objection. An original

and one copy of your objections must be received in the office of the United States District Court Clerk

no later than fourteen (14) days from the date of the findings and recommendations. The copy will be

furnished to the opposing party. Failure to file timely objections may result in waiver of the right to

appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the

same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District Judge (if such a

hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the hearing before the District

1

Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff Hill filed this pro se 42 U.S.C. § 1983 action alleging Defendants failed to protect her from harm when parts of the ceiling above her bunk fell on her. (Doc. No. 2) After she filed a Second Amended Complaint, the Court found service appropriate with respect to her allegations against Defendants Budnik, Ming, Allen, Jones, Heier, Richardson, Dixon, Lassiter, and Noles (Doc. No. 12).[1]

Currently pending before the Court are the Defendants' Motions to Dismiss (Doc. Nos. 27, 31). By Order dated August 8, 2016, this Court granted Plaintiff's Motion to Extend time in which to respond to the Motions, directing her to respond by August 26, 2016 (Doc. No. 38). The Court also notified Plaintiff that her failure to respond could result in the dismissal without prejudice of her Complaint, for failure to prosecute. (Id.) As of this date, Plaintiff has not responded to the Motions.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel
> to promptly notify the Clerk and the other parties to

---

[1] The Court also recommended dismissal of Defendants Banks, Culclager, and Dykes, for failure to state a claim (Doc. No. 13).

2

the proceedings of any change in his or her address,
to monitor the progress of the case and to prosecute
or defend the action diligently . . . . If any communi-
cation from the Court to a pro se plaintiff is not
responded to within thirty (30) days, the case may be
dismissed without prejudice. . . .

Therefore, in light of Plaintiff's failure to respond to the Court's August 8, 2016 Order, or

the Defendants' Motions, the Court finds that Plaintiff's Complaint should be dismissed without

prejudice.  Accordingly,

IT IS, THEREFORE, RECOMMENDED that:

1.      Plaintiff's Complaint be DISMISSED without prejudice, for failure to prosecute.

2.      Defendants' Motions to Dismiss (Doc. Nos. 27, 31) be DENIED as moot.

IT IS SO RECOMMENDED this 12th day of September, 2016.

_____
 JEROME T. KEARNEY
 UNITED STATES MAGISTRATE JUDGE

3