IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHANDA L. HILL                                                                                          PLAINTIFF
ADC# 713195

v.                         Case No. 1:15-cv-00085 KGB/JTK

JAMES BANKS, *et al.*                                                                              DEFENDANTS

ORDER

The Court has received two Proposed Findings and Recommendations ("Recommendation") from Magistrate Judge Jerome T. Kearney (Dkt. Nos. 13; 39). Plaintiff Chanda L. Hill filed timely objections to the first Recommendation (Dkt. No. 25). After carefully considering the first Recommendation and Ms. Hill's objections, and after making a *de novo* review of the record in this case, the Court concludes that the first Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 13).

Therefore, the Court dismisses Ms. Hill's claims against defendants Banks, Culclager, and Dykes for failure to state a claim upon which relief may be granted and dismisses Ms. Hill's medical and verbal abuse claims.

The Court also received a second Recommendation (Dkt. No. 39). Ms. Hill has not filed objections to the second Recommendation, and the time to do so has passed. After carefully considering the second Recommendation, the Court adopts it in its entirety. Accordingly, all of the remaining claims in Ms. Hill's complaint are dismissed without prejudice for failure to prosecute. All other pending motions are denied as moot.

So ordered this 30th day of November, 2016.

_____
Kristine G. Baker
United States District Judge