IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHANDA L. HILL**                                                                                  **PLAINTIFF**
**ADC# 713195**

v.                          Case No. 1:15-cv-00085 KGB/JTK

**JAMES BANKS,** *et al.*                                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed without prejudice. The relief sought is denied.

So adjudged this the 30th day of November, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge